IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action |
| vs. | )<br>) Case No. 10-mc-353 |
| GARY L. REINERT, SR., a Nevada individual, | )<br>)<br>) |
| Defendant, | )<br>)<br>) |

## ORDER

AND NOW, this \_\_\_Jan. 19\_\_\_, 2011, upon Motion of Plaintiff, it is hereby Ordered that the United States Marshal is directed to serve Plaintiff's Complaint in Confession of Judgment, the Entry of Judgment, Notice of Execution pursuant to Pa.R.C.P. 2958.1, and Notice of Execution pursuant to 42 Pa.C.S.A § 2737.1 upon Defendant, Gary L. Reinert, Sr.

_____
CHIEF UNITED STATES DISTRICT JUDGE